**Dan Berry PARKS, Appellant,**

v.

**Brenda Sue PARKS, Respondent.**

**No. WD 59560.**

Missouri Court of Appeals,
Western District.

Submitted Jan. 31, 2002.

Decided March 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

Application for Transfer Denied
June 25, 2002.

Daniel J. Pingelton, Columbia, MO, for Appellant.

John C. Banning, Springfield, MO, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J.; JAMES M. SMART, JR. and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

Dan Parks appeals from the judgment dissolving his marriage. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).